■ CALOGERO SORRENTINO, Respondent, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Appellant, and HERTZ CORPORATION et al., Respondents.—Order, Supreme Court, Bronx County (Barry Salman, J.), entered on February 4, 1987, and judgment of said court, entered on March 17, 1987, unanimously affirmed, without costs and without disbursements and without prejudice to an application at trial court to amend the amount of the judgment against Manhattan and Bronx Surface Transit Operating Authority. No opinion. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT BROWN, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), entered on or about June 3, 1987, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on or about August 12, 1987, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Sullivan, Asch, Milonas and Rosenberger, JJ.